UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE HERNANDEZ, | Case No. 2:13-cv-01431-MMD-CWH |
| Plaintiffs, | **ORDER TO RELEASE BOND** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*, | |
| Defendants. | |

Before the court is the matter of *Hernandez v. Deutsche Bank National Trust Company, et al.,* Case No. 2:13-cv-01431-MMD-CWH. On August 21, 2013, the Court ordered Plaintiff Jose Hernandez to post a security bond for $100.00. (ECF No. 10.) On August 22, 2013, Jose Hernandez posted a security bond in the amount of $100.00, receipt NVLAS020963. (ECF No. 11.)

This case was consolidated with Case No. 2:12-cv-369-MMD-CWH on September 4, 2013 (ECF No. 19), and on September 29, 2016, an Order granting Defendants' Motions for Summary Judgment was filed in that case (ECF No. 154), closing both cases. As this matter is now concluded, the Court will refund to the legal owner, Jose Hernandez, the $100.00 security bond, plus interest.

It is so ordered.

DATED THIS 11th Day of July 2024.

_____
CHIEF JUDGE MIRANDA M. DU
UNITED STATES DISTRICT COURT